**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DEBRA COOPER,                            *
                                         *
              Plaintiff,                 *
v.                                       *
                                         *        No. 3:11-cv-00102-JJV
MICHAEL J. ASTRUE, Commissioner,         *
Social Security Administration,          *
                                         *
              Defendant.                 *

## <u>JUDGMENT</u>

        Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged

that the decision of the Commissioner is affirmed and that the Plaintiff's Complaint is dismissed

with prejudice.

        IT IS SO ORDERED this 9th day of February, 2012.

_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE

1